532 (1903) 73 P. 424, 96 Am. St. Rep. 161; Mordecai v. Board of Supervisors (1920) 183 Cal. 434, 192 P. 40; People v. Morgan (1926) 79 Colo. 504, 246 P. 1024; Felts v. Linton (1926) 217 Ky. 305, 289 S. W. 312; State v. Mitchell (1902) 97 Me. 66, 75, 53 A. 887, 94 Am. St. Rep. 481; Safeway Stores v. Vigil (1936) 40 N. M. 190, 57 P. (2d) 287; Edmonds v. Hermbrandson (1891) 2 N. D. 270, 50 N. W. 970, 14 L. R. A. 725; Daniel v. Larsen (1928) 157 Tenn. 690, 12 S. W. (2d) 386; Womack v. Carson (1934) 123 Tex. 260, 269, 65 S. W. (2d) 485, 70 S. W. (2d) 416; State ex rel v. Sank County Board of Supervisors (1885) 62 Wis. 376, 22 N. W. 572; State ex rel Hickey v. Levitan (1926) 190 Wis. 646, 210 N. W. 111, 48 A. L. R. 434; Spraigue v. Thompson (1886) 118 U. S. 90, 6 S. Ct. 988, 30 L. Ed. 115; Connolly v. Union Sewer Pipe Co. (1902) 184 U. S. 540, 565, 22 S. Ct. 431, 46 L. Ed. 679; Davis v. Wallace (1922) 257 U. S. 478, 42 S. Ct. 164, 66 L. Ed. 325; Frost v. Corporation Commission (1929) 278 U. S. 515, 49 S. Ct. 235, 73 L. Ed. 483; Gramling v. Maxwell (D. C. 1931) 52 F. (2d) 256.

The order appealed from is reversed, and the matter remanded, with directions to enter an order dismissing the petition of the mortgagor.

All the Judges concur, excepting RUDOLPH, J., who deems himself disqualified, and does not sit.

GILMORE, Respondent, v. FEDERAL LAND BANK, Appellant.

(269 N. W. 566.)

(File No. 7950.   Opinion filed November 16, 1936.)

*Bielski, Elliott & McQuillen* and *Conway, Feyder & Conway,* all of Sioux Falls, and *Clair L. Kintz,* of Omaha, Neb., for Appellant.

*T. R. Johnson,* of Sioux Falls, for Respondent.

PER CURIAM.   The question presented by this appeal is identical with that arising in the case of Kapaun v. Federal Land Bank of Omaha, 64 S. D. 635, 269 N. W. 564, opinion this day

filed, and the cases have been submitted on the same briefs. Pursuant to the views stated in the opinion in the Kapaun Case, the order here appealed from is reversed, and the matter remanded to the circuit court, with directions to enter an order dismissing the petition of the mortgagor.

All the Judges concur, excepting RUDOLPH, J., who deems himself disqualified, and does not sit.

JOHNSON, et al, Respondents, v. THE FEDERAL LAND BANK OF OMAHA, Appellant.

(269 N. W. 567.)

(File No. 7951. Opinion filed November 16, 1936.)

*Bielski. Elliott & McQuillen* and *Conway, Feyder & Conway*, all of Sioux Falls, and *Clair L. Kintz*, of Omaha, Neb., for Appellant.

*T. R. Johnson*, of Sioux Falls, for Respondents.

PER CURIAM. The question presented by this appeal is identical with that arising in the case of Kapaun v. Federal Land Bank of Omaha, 64 S. D. 635, 269 N. W. 564, opinion this day filed, and the cases have been submitted on the same briefs. Pursuant to the views stated in the opinion in the Kapaun Case, the order here appealed from is reversed, and the matter remanded to the circuit court, with directions to enter an order dismissing the petition of the mortgagor.

All the Judges concur, excepting RUDOLPH, J., who deems himself disqualified, and does not sit.